LAW OFFICES OF STEPHEN R. WADE, P.C.
405 N. INDIAN HILL BOULEVARD
CLAREMONT, CA 91711
PHONE (909) 985-6500
FAX (909) 399-9900
STEPHEN R. WADE
California Bar No: 79219

Attorneys for: Appellant Lucy Gao

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Dist. Ct. No. 2:18-cv-0365-DOC |
| | ) | |
| LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation, | ) ) ) | Bk. No.      2:16-bk-13575-ER |
| | ) | Adv. No.    2:16-ap-01337-ER |
| | ) | |
| Debtor and Debtor in Possession. | ) ) | **APPELLANT'S EXCERPTS OF RECORD (APPENDIX)** |
| _____ | ) | |
| LUCY GAO AND BENJAMIN KIRK | ) ) | **VOLUME 1 OF 6** |
| | ) | |
| APPELLANTS, | ) | |
| v. | ) | |
| | ) | |
| OFFICIAL UNSECURED CREDITORS COMMITTEE FOR LIBERTY ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| | ) | |
| APPELLEE. | ) | |
| _____ | ) | |

## <u>TABLE OF CONTENTS</u>

| **TAB LETTER(S)** | **DESCRIPTION** | **PAGE NUMBERS** |

**Volume 1**

A      Emergency Motion for Turnover filed on 4/1/2016, Docket#25, Bankruptcy Case-2:16-bk-13575-TD...............1-24

B      Renewed Emergency Motion for Turnover filed on 6/20/2016, Docket#116 Bankruptcy Case-2:16-bk-13575-TD......................................................25-84

C      Order Setting Hearing for Renewed Emergency Motion for Turnover filed on 6/21/2016, Docket#130, Bankruptcy Case-2:16-bk-13575-TD.................................85-86

D      Order Granting Debtor's Renewed Emergency Motion for Turnover entered on 6/24/2016, Docket#147, Bankruptcy Case-2:16-bk-13575-TD......................................................87-95

E      Answer to Complaint filed on 9/2/2016, Docket#5..........96-116

F      Status Report filed 9/21/2016, Docket#7.......................117-124

G      Motion for Summary Adjudication, filed 11/3/2016, Docket#12..............................................125-127

H      Memorandum of Points and Authorities for Motion for Summary Adjudication, filed 11/3/2016, Docket#13..............................................128-157

I      Declaration of Jeremy V. Richards in Support of Motion for Summary Adjudication filed 11/3/2016, Docket#14, Pt 1.......................................158-300

| TAB LETTER(S) | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **Volume 2** | | |
| I | Declaration of Jeremy V. Richards in Support of Motion for Summary Adjudication filed 11/3/2016, Docket#14, Pt 2 | 301-554 |
| J | Declaration of Eric Held in Support of Motion for Summary Adjudication filed 11/3/2016, Docket#15 | 555-559 |
| K | Declaration of Shao Fang Huang in Support of Motion for Summary Adjudication filed 11/3/2016, Docket #16 | 560-588 |
| L | Declaration of Reece Fulgham in Support of Motion for Summary Adjudication, filed 11/3/2016, Docket#17 | 589-597 |
| **Volume 3** | | |
| M | Statement of Uncontroverted Facts in Support of Motion for Summary Adjudication, filed 11/3/2016, Docket#19 | 598-608 |
| N | Request for Judicial Notice filed 11/03/2016, Docket#20 | 609-889 |
| O | Opposition to Motion for Summary Adjudication, filed 12/5/2016, Docket#30 | 890-932 |

| TAB LETTER(S) | **DESCRIPTION** | **PAGE NUMBERS** |
|---|---|---|

**Volume 4**

P — Response to Separate Statement of Uncontroverted Facts, filed 12/5/2016, Docket#31........933-955

Q — Declaration of Lucy Gao in Support of Gao's Opposition to Motion for Summary Adjudication, filed 12/5/2016, Docket#34..........................................956-1031

R — Request for Judicial Notice in Support of Gao's Opposition to Motion for Summary Adjudication, filed 12/5/2016, Docket#35........................................1032-1197

**Volume 5**

S — Gao's Evidentiary Objections, filed 12/6/2016, Docket#40........................................1198-1217

T — Notice of Lodgment of Proposed Findings of Fact and Conclusions of Law, filed 1/11/2017, Docket#45........................................1218-1230

U — Objection to Proposed Findings of Facts and Conclusions of Law, filed 1/18/2017, Docket#48......1231-1237

V — Errata to Lucy Gao's Objections to Proposed Findings of Facts and Conclusions of Law, filed 1/18/2017 Docket#49........................................1238-1260

W — Findings of Fact and Conclusions of Law, filed on 1/25/2017, Docket#57....................................1261-1270

| TAB LETTER(S) | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| X | Order Granting Motion for Summary Adjudication, entered on 1/25/2017, Docket#58 | 1271-1272 |
| Y | Joint Pretrial Stipulation filed on 7/7/2017, Docket#104 | 1273-1293 |
| Z | Order on Joint Pretrial Stipulation entered on 7/12/2017, Docket#107 | 1294-1295 |
| AA | Order after Pretrial Conference entered on 7/12/2017, Docket#108 | 1296-1297 |
| BB | Motion in Limine filed on 7/24/2017, Docket#113 | 1298-1323 |
| CC | Trial Brief of Defendant Lucy Gao filed on 7/27/2017, Docket#117 | 1324-1332 |
| DD | Opposition of Defendant Lucy Gao to Motion in Limine filed on 7/27/2017, Docket#118 | 1333-1342 |
| EE | Defendant Lucy Gao's Closing Brief filed on 10/31/2017, Docket#139 | 1343-1362 |
| FF | Memorandum of Decision filed on 12/29/2017, Docket#141 | 1363-1390 |
| GG | Judgment in Favor Plaintiff and Against Defendants entered on 12/29/2017, Docket#142 | 1391-1392 |
| HH | Notice of Appeal and Statement of Election filed on 1/12/2018, Docket#145 | 1393-1397 |

| TAB LETTER(S) | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| II | Transcript of proceedings held on 12/21/2016 at or around 11:00 a.m. before the Honorable Thomas B. Donovan, in Courtroom 1345...................1398-1466 | |
| **Volume 6** | | |
| JJ | Transcript of proceedings held on 8/2/2017 at or around 9:00 a.m. before the Honorable Ernest Robles.............................................1467-1564 | |
| KK | Docket for adversary proceeding case no. 2:16-ap-01337-ER...................................................1565-1593 | |
| LL | Minute Order Consolidating Appeals filed on 3/5/2018, Docket#12, 2:18-cv-0600-DOC.........1594-1595 | |

## <u>CERTIFICATE OF SERVICE</u>

I, Alicia Coscio, hereby certify under penalty of perjury that on the 20th day of April, I served the foregoing **APPELLANT'S EXCERPTS OF RECORD (APPENDIX)** on parties in interest by electronic ECF Notice:

**<u>Appellee's Counsel</u>**

Jeremy V Richards

Email: jrichards@pszjlaw.com

Gail S Greenwood

Email: ggreenwood@pszjlaw.com

**<u>Appellant's Counsel</u>**

Derrick M Talerico

Email: dtalerico@ztlegal.com

Executed on April 20, 2018 at Claremont, CA

<u>/s/ Alicia Cosio</u>

Alicia Cosio